# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00332-CV

**Jennifer Anne Cannon-Hunter, Appellant**

**v.**

**Bradford L. Hunter, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-007683, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Jennifer Anne Cannon-Hunter filed her notice of appeal on July 14, 2021. The reporter's record was due on August 16, 2021. On reporter's request, the time for filing was extended to October 18, 2021. On November 16, 2021, Ms. Leah Hayes requested a second extension of time. We order Ms. Hayes to file the reporter's record in this cause no later than December 15, 2021. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Ms. Hayes being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on November 18, 2021.

Before Justices Goodwin, Baker, and Smith